WEATHERLY v. SOUTHERN CO-OPERATIVE FOUNDRY COMPANY.

SIMMONS, C. J.   A petition against a single defendant which does not allege that he is of the county in which the suit is brought should, unless duly amended, be dismissed upon a special demurrer setting up that the peti-

tion fails to show that the court has jurisdiction of the person of the defendant. *Coney* v. *Horne*, 93 *Ga.* 723.

*Judgment reversed. All the Justices concurring.*

Argued March 16, — Decided April 11, 1900.

Complaint. Before Judge Henry. Floyd superior court. March 30, 1899.

*Nat Harris*, for plaintiff in error. *C. Rowell*, contra.

*Judgment reversed. All the Justices concurring, except Fish, J., absent.*